# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT M. RAINEY,<br><br>Defendant. | PO-20-05074-GF-JTJ<br><br>VIOLATION:<br>9712076<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation 9712076 (for a total of $65), and for good cause shown, IT IS ORDERED that the $65 fine paid by the defendant is accepted as a full adjudication of violation 9712076. IT IS FURTHER ORDERED that the initial appearance scheduled for September 17, 2020, is VACATED.

DATED this 3rd day of September, 2020.

_____
John Johnston
United States Magistrate Judge